UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| BRUCE CARTER | CIVIL ACTION NO. 3:04-CV-1324 |
|---|---|
| -vs- | JUDGE DRELL |
| LOUISVILLE LADDER GROUP, LLC<br>DAVIDSON LADDERS NEVADA, INC.<br>KEMPTER CASUALTY INSURANCE CO. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons given in the Ruling accompanying this Judgment,

IT IS ORDERED, ADJUDGED, and DECREED that Defendants Louisville Ladder Group, Inc., Davidson Ladders Nevada, Inc., and Kempter Casualty Insurance, Co's Motion for Summary Judgment is hereby GRANTED as to all claims brought by Bruce Carter for Defendants' allegedly negligent acts .

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's claims are DISMISSED WITH PREJUDICE.

SIGNED on this 17th day of November, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge